| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bryan, Robert J | 2. Court or Organization<br><br>Western District of Washington | 3. Date of Report<br><br>04/18/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>1717 Pacific Avenue<br>Rm. 4427<br>Tacoma WA 98402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Bryan Fisheries LLC (Fishing Vessel) |
| 2. Partner (50%) | Bryan Properties, LLP (investments) |
| 3. | |
| 4. | |
| 5. | |

2006 MAY 15 P 2: 14 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/67 | Department of Retirement Systems - State Pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/18/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Washington State Department of Retirement Systems | $ 21,072.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. November 4-6, 2005, Moscow Idaho | Judging Moot Court (transportation, meals & room) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/18/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bryan | Unsecured loan - for portion purchase money on Part VII, #19 | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NorthWestern Mutual Ins. Co. & NY Life Insurance Co. | | None | M | T | | | | | |
| 2. 1/2 Lots Bremerton WA | | None | K | W | | | | | |
| 3. Bank of America Accounts | A | Interest | L | T | | | | | |
| 4. 1/2 Smith Barney DDF | A | Interest + Dividend | J | T | | | | | |
| 5. 1/2 Smith Barney LTD Maturity Mun. Fund (Mutual Fund) | B | Dividend | K | T | | | | | |
| 6. 1/2 Smith Barney CD | A | Interest | J | T | | | | | |
| 7. 1/2 Hibernia Bank CD | A | Interest | J | T | | | | | |
| 8. 1/2 USAA Tax Exempt Intermediate Term Fund | A | Distribution + Dividend | K | T | | | | | |
| 9. 1/2 Interest in 4 lots, Kitsap Co. WA | | None | J | W | | | | | |
| 10. 1/2 Bryan Properties LLP Investments (see remarks) | | | | | | | | | |
| 11. - Pacific NW Bank | A | Interest | J | T | | | | | |
| 12. - Bldg: Rental #2 (147) Bremerton WA | D | Rent | M | W | | | | | |
| 13. - Bldg: Marysville WA | E | Rent | N | W | | | | | |
| 14. - Duplex: Port Orchard WA | D | Rent | M | W | | | | | |
| 15. - Bldg: Poulsbo WA | E | Rent | M | W | | | | | |
| 16. - Bldg: Olympia WA | E | Rent | M | W | | | | | |
| 17. - Bldg: Rental #3 (AC W) Bremerton WA | E | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fountain Hills AZ Condo | | None | L | W | | | | | |
| 19. - Bldg: Port Orchard WA (Bethel) | E | Rent | N | W | | | | | |
| 20. - Edward Jones, Inc., Money Market Fund: Pt. Orchard WA | B | Interest + Dividend | L | T | | | | | |
| 21. - Bldg: Port Orchard WA (Marlin) | D | Rent | L | W | | | | | |
| 22. - Port of Seattle WA Rev Series B - Bond ( see remarks) | A | Interest | | | | | | | |
| 23. - Inv. Co. of America (mutual fund) | A | Dividend + Capital Gain | J | T | | | | | |
| 24. - Chelan Co. Wash. Pub. Util. Dist. (bond) | A | Interest | J | T | | | | | |
| 25. - Federal Nat'l Mtg. 1994-18 CL C | A | Interest | J | T | | | | | |
| 26. - Ryland Mtg. Corp 86 CL F | A | Interest | J | T | | | | | |
| 27. - Federal Home Ln Ser 89 CL D | A | Interest | J | T | | | | | |
| 28. - Vanguard Total Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 29. - First Business Bank CD | | | | | full redeem | 5/4 | J | A | |
| 30. - Darby Bank CD | | | | | full redeem | 6/16 | J | A | |
| 31. - Stillwater Bank CD | | | | | full redeem | 7/16 | J | A | |
| 32. - Farm Bureau Bank CD | | | | | full redeem | 12/22 | J | A | |
| 33. - Port Seattle Series B.5 Bond | A | Interest | J | T | | | | | |
| 34. - Bank of the Sierra CD | A | Interest | J | T | buy | 1/05 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Discover Bank CD | A | Interest | J | T | buy | 1/05 | J | | |
| 36. - First National Bank Omaha CD | A | Interest | J | T | buy | 2/3 | J | | |
| 37. - Bridgeview Bank Group CD | A | Interest | J | T | buy | 3/1 | J | | |
| 38. - RG Premier Bank CD | A | Interest | J | T | buy | 4/14 | J | | |
| 39. - Omni National Bank CD | A | Interest | J | T | buy | 5/9 | J | | |
| 40. - County Bank CD | A | Interest | J | T | buy | 6/22 | J | | |
| 41. - Guaranty Bank CD | A | Interest | J | T | buy | 8/31 | J | | |
| 42. - Mercantile Bank CD | A | Interest | J | T | buy | 10/26 | J | | |
| 43. - Gorham Savings Bank CD | A | Interest | J | T | buy | 10/25 | J | | |
| 44. - Tower Bank & Trust CD | A | Interest | J | T | buy | 11/10 | J | | |
| 45. - Anchor Bank CD (End Bryan Properties Investments) | A | Interest | J | T | buy | 12/21 | J | | |
| 46. Commercial Fishing Permit | | None | K | W | | | | | |
| 47. Bryan Fisheries LLC (█ shares) | D | Rent | L | W | | | | | |
| 48. Bryan Fisheries LLC (█ shares) | | | | | gift | 12/31 | L | | RT & AA Bryan |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/18/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, Line 10, Bryan Properties LLP is a partnership entity whhich holds all of the investments on lines 11-45. All income, values and transactions for those assets are listed in lines 11-45.

Section VII, line 22, "Port of Seattle WA  Rev Series B-Bond" was listed erroneously on 2004 Report - it was a duplicate of Section VII line 40, "Port of Seattle Series B.5 Bond"

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Robert J | 04/18/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _18 Apr. '06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544